## Blunt & Ward *v.* Stickney.

APPEAL from Hale Chancery Court.
Heard before the Hon. THOS. H. SMITH.

TUTWILER & JONES, for appellants.

THOS. E. KNIGHT, for appellee.

Appeal dismissed.

---

## Kansas City, Memphis & Birmingham R. R. Co. *v.* Cribbs.

APPEAL from Birmingham City Court.
Tried before the Hon. CHAS. A. SENN.

WALLACE PRATT and WALKER, PORTER & WALKER, for appellant.

BOWMAN & HARSH, for appellee.

This action was brought by the appellee, Ann Rebecca Cribbs, as administratrix of the estate of Fleming W. Cribbs, deceased, against the appellant, to recover damages for the death of Fleming W. Cribbs, alleged to have been caused by the negligence of the defendant. There were verdict and judgment in favor of the plaintiff for seven thousand dollars. From this judgment the defendant appeals.

The appeal is dismissed by the appellant.